

ORDERED in the Southern District of Florida on August 17, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Alexandra Benton,                    Case No. 16-13364-RAM
                                            Chapter 7
Debtor.
_____/

### AGREED ORDER GRANTING MOTION TO DISBURSE POST-PETITION RENT DEPOSITED BY DEBTOR

THIS MATTER came before this Court without holding a hearing on the Joint Motion for Order Disbursing Post-Petition Rent Deposited by Debtor [D.E. 25] and the Court after being fully advised:

It is ORDERED AND ADJUDGED:

1. The Motion [D.E. 25] is granted.

2. The $14.00, which Debtor deposited with this Court as post-petition rent on March 31, 2016, shall be disbursed to:

> Miami-Dade Public Housing and Community Development
> c/o Greogry T.M. Salomon, Esq.
> De Leon & De Leon, P.A.
> 44 West Flagler Street, Suite 2250
> Miami, FL 33130

1

Submitted by:
Guerby Noel, Esq.
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, FL 33137
Phone: 305.438.2409
Facsimile: 305.573.5800

Guerby Noel, Attorney, is directed to mail a conformed copy of this Order to all interested non-ECF parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.